ARCHIBALD S. LAMBERT, respondent,

*v.*

IDA M. VARE, appellant.

[Decided May 3d, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, and reported in *88 N. J. Eq. 81.*

*Mr. Clarence L. Cole,* for the respondent.

*Mr. Lewis Starr,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEP-PENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.